IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–01782–MSK–KMT

FEKADU ALEMU CHANI,

    Plaintiff,

v.

AMPCO SYSTEM PARKING, INC., d/b/a AMPCO AIRPARK, a California corporation authorized to do business in the State of Colorado,
HIRUT YIGLETU, in her individual and official capacity,
The INTERNATIONAL UNION OF THE UNITED MINE WORKERS OF AMERICA AFL-CIO, and
UNITED MINE WORKERS OF AMERICA AFL-CIO, LOCAL UNION 8431,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

The "Motion to Reschedule Settlement Conference" (#51, filed June 22, 2009) is GRANTED. The July 17, 2009 settlement conference is VACATED. The parties shall place a conference call to chambers no later than 5:00 p.m. on July 2, 2009 in order to reschedule the settlement conference.

Dated: June 25, 2009